UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR STEWART, | No. 2:21-cv-2418 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| MNS & ASSOCIATES, LLC, et al., | |
| Defendants. | |

Plaintiff, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 8, 2022 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days. ECF No. 24. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 8, 2022, are adopted in full;

2. Plaintiff's motion for default judgment (ECF No. 18) is granted;

3. The court enters judgment in favor of plaintiff and against MNS & Associates, LLC and

1

Michael Shaw;

4. The court GRANTS plaintiff's request for statutory damages in the total amount of $2,000; and

5. The court grants plaintiff's request for attorney's fees in the amount of $4,365.00 and costs in the amount of $540.75.

Dated: October 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stew2418.800